IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RETAILMENOT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-937 (CFC) (MPT) |
| | ) | |
| HONEY SCIENCE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff RetailMeNot Inc.'s First Amended Identification of Accused Products and Asserted Patents* were caused to be served on March 11, 2019, upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                                                                   VIA ELECTRONIC MAIL
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Honey Science Corp.*

Tara D. Elliott, Esquire                                                                                   VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
*Attorneys for Defendant Honey Science Corp.*

Lisa K. Nguyen, Esquire                                                                                VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
*Attorneys for Defendant Honey Science Corp.*

Robert Steinberg, Esquire                                                                              VIA ELECTRONIC MAIL
LATHAM & WATKINS LLP
10250 Constellation Blvd., Suite 1100
Los Angeles, CA  90067
*Attorneys for Defendant Honey Science Corp.*

2

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Jeremy A. Tigan (#5239) |
| Robert A. Appleby | 1201 North Market Street |
| Jeanne M. Heffernan P.C. | P.O. Box 1347 |
| Jon R. Carter | Wilmington, DE 19899 |
| KIRKLAND & ELLIS LLP | (302) 658-9200 |
| 601 Lexington Avenue | jblumenfeld@mnat.com |
| New York, NY 10022-4611 | jtigan@mnat.com |
| (212) 446-4800 |  |
|  | *Attorneys for Plaintiff* |
| March 11, 2019 |  |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 11, 2019 upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Honey Science Corp.* | *VIA ELECTRONIC MAIL* |
| Tara D. Elliott, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>*Attorneys for Defendant Honey Science Corp.* | *VIA ELECTRONIC MAIL* |
| Lisa K. Nguyen, Esquire<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>*Attorneys for Defendant Honey Science Corp.* | *VIA ELECTRONIC MAIL* |
| Robert Steinberg, Esquire<br>LATHAM & WATKINS LLP<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA  90067<br>*Attorneys for Defendant Honey Science Corp.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)