IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RETAILMENOT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-937-CFC/MPT |
| | ) |
| HONEY SCIENCE LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Whereas, Plaintiff Retailmenot, Inc. filed a motion to stay pending resolution of its petitions before the Patent Trial and Appeal Board (PTAB) for review of U.S. Patent No. 10,140,625 (the #625 patent) (D.I. 148);

Whereas, the Magistrate Judge issued a Report and Recommendation (R&R) recommending that the Court grant the motion to stay, D.I. 218;

Whereas, after the issuance of the R&R, the PTAB denied Retailmenot's petitions, D.I. 238, Exs. A, B, and C; and

Whereas, in a notice filed with the Court, Defendant Honey Science LLC asserted without objection from Retailmenot that, because of the PTAB's denial of Retailmenot's petitions, the R&R "expires on its own terms," D.I. 238 at 1;

Now therefore, this 27th day of May 2020, IT IS HEREBY ORDERED that:

1. The Report and Recommendation has expired; and

2. Retailmenot's motion to stay (D.I. 148) is DENIED as moot.

_____
United States District Judge