IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RETAILMENOT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEY SCIENCE LLC, )<br>)<br>Defendant. ) | C.A. No. 18-937 (CFC) (MPT)<br>C.A. No. 19-1345 (CFC)(MPT)<br><br>CONSOLIDATED |

**JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING
THE STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff RetailMeNot, Inc. and defendant Honey Science LLC, parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. All claims against Honey Science LLC are dismissed with prejudice.

2. All counterclaims against RetailMeNot, Inc. are dismissed with prejudice.

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

4. The Court may enter an Order adopting this Stipulation of Dismissal and Proposed Order Thereon as the Order of the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Jeremy A. Tigan* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com | Kelly E. Farnan (#4395)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7705<br>farnan@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

October 27, 2020

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RETAILMENOT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-937 (CFC) (MPT) |
| | ) | C.A. No. 19-1345 (CFC)(MPT) |
| HONEY SCIENCE LLC, | ) | |
| | ) | CONSOLIDATED |
| Defendant. | ) | |

**ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff RetailMeNot, Inc. and defendant Honey Science LLC, parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1. All claims against defendant Honey Science LLC are dismissed with prejudice;

2. All counterclaims against RetailMeNot, Inc. are dismissed with prejudice; and

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

SO ORDERED this ___ day of _____, 2020.

_____
J.